UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDREE CAMPBELL,

      Plaintiff,

Case No. 0:25-cv-60825-WPD

v.

MENIN HOTELS, LLC, d/b/a
Bodega Taqueria y Tequila,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ANDREE CAMPBELL, by and through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice, with each party to bear her/its own attorney's fees and costs, except as otherwise agreed to by the parties in writing.

Dated this 5th day of June, 2025

By: */s/ Aleksandra Kravets*
Aleksandra Kravets, Esq.
**ALEKSANDRA KRAVETS, ESQ. P.A.**
*Counsel for Plaintiff*
865 SW 113 Lane
Pembroke Pines, FL 33025
Tel.: 347.268.9533
Email: ak@akesqpa.com